D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Daniela LaBounty, Esq.
Nevada Bar No. 13169
*dlabounty@wwhgd.com*
W. Elizabeth Do, Esq.
Nevada Bar No. 13861
*edo@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Uber Technologies, Inc. and Rasier, LLC*

WEINBERG WHEELER HUDGINS GUNN & DIAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRIANA GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a foreign corporation; RASIER, LLC, a foreign limited liability company; SINIDU MARKOS MENNA, an individual; DOE I through, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02023-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Adriana Garcia ("Plaintiff"), Defendants Uber Technologies, Inc. and Rasier, LLC, and Defendant Sinidu Markos Menna (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41 that the above-captioned action and any all claims asserted by Plaintiff against Defendants in said captioned action are hereby **DISMISSED WITH PREJUDICE**.

/ / /

/ / /

/ / /

All parties are to bear their own costs, fees, and expenses hereto.

**IT IS SO AGREED AND STIPULATED.**

DATED this 17th day of August, 2026.

*/s/ W. Elizabeth Do*
D. Lee Roberts, Jr. Esq.
Daniela LaBounty, Esq.
W. Elizabeth Do, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*

DATED this 17th day of August, 2026.

*/s/ Jason R. Maier (w/ permission)*
Jason R. Maier, Esq.
*jrm@mgalaw.com*
Joseph A. Gutierrez, Esq.
*jag@mgalaw.com*
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 17th day of August, 2026.

*/s/ Deleela M. Ivey Weinerman (w/ permission)*
Melissa Ingleby, Esq.
Deleela M. Weinerman, Esq.
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
*Attorneys for Defendant Sinidu Markos Menna*

DATED this 17th day of August, 2026.

*/s/ Christopher M. Keller (w/ permission)*
Christopher M. Keller, Esq.
ckeller@hawkinsmelendrez.com
Hawkins Melendrez, PC
1645 Village Center Circle, Ste. 160
Las Vegas, NV 89134
*Attorney for Defendant Sinidu Markos Menna*

**IT IS SO ORDERED.**

**DATED: August 18, 2026.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**

WEINBERG WHEELER HUDGINS GUNN & DIAL

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 17th day of August, 2026, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Jason R. Maier, Esq.
*jrm@mgalaw.com*
Joseph A. Gutierrez, Esq.
*jag@mgalaw.com*
Maier Gutierrez & Associates
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-9900
*Attorneys for Plaintiff*

Melissa Ingleby, Esq.
*mingleby@bremerwhyte.com*
Deleela M. Weinerman, Esq.
*dweinerman@bremerwhyte.com*
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
(702) 258-6665
(702) 258-6662 FAX
*Attorneys for Defendant Sinidu Markos Menna*

Christopher M. Keller, Esq.
*ckeller@hawkinsmelendrez.com*
HAWKINS MELENDREZ, P.C.
1645 Village Center Circle, Suite 160
Las Vegas, NV 89134
(702) 318-8800
*Attorneys for Defendant Sinidu Markos Menna*

*/s/ Kelly L. Pierce*
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC